AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

FILED
2014 FEB 28 PM 4:58
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

United States of America
v.
Mark Owen Wittenmyer and Arvel Ray Henderson II

Case No. 3:14 MJ 7010

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 8, 2013 in the county of United States in the Northern District of Ohio-Western Division, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, USC 1956 (a)(1)(B)(i) | Money laundering |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT made a part hereof

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Eric Robinson, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/28th/2014

[signature: Vernelis K Armstrong]
*Judge's signature*

City and state: ______________

Vernelis K. Armstrong, U.S. Magistrate Judge
*Printed name and title*